## Patricia Cadesca

| | |
|---|---|
| **From:** | Yeniset Torgeman |
| **Sent:** | Friday, December 04, 2009 12:33 PM |
| **To:** | 'NHASNAIN@BELLSOUTH.NET' |
| **Subject:** | KEL ATTORNEYS- OUTBOUND EMAIL- CLIENT- INITIAL REQUEST FOR DOCS |
| **Attachments:** | Custom BA Team B.doc; 4506-T.pdf; P&L Basic Sample.xls; LM Packet.pdf |

DOCUMENTS ARE DUE ON OR BEFORE DECEMBER 15TH, 2009 AT 12:00PM-

THIS MESSAGE IS TIME SENSITIVE

Thank you for choosing the Law Office of Kaufman, Englett and Lynd, LLC. Our goal is to service your case with the utmost efficiency, professionalism and dedication. Part of your responsibility as our client is to respond timely when we call on you whether it be the need for information or additional documentation. Please forward ALL of the below trailing documents in one complete package to ytorgeman@kelattorneys.com or fax to 407-513-1945.

_____ *Signed and dated* Hardship Letter explaining how you got to this position

_____ Two months of most recent paystubs (OCTOBER AND NOVEMBER), IF self-employed please provide Profit and Loss Statement from January 2009 thru current month (attached is a sample Profit and Loss that you may use IF self-employed)- PLEASE SEND ALL VERIFICATION OF INCOME FOR BORROWER AND CO-BORROWER, IF ANY

_____ IF YOU ARE RECEIVING ANY OTHER TYPE OF INCOME SUCH AS SOCIAL SECURITY, PENSION, RENTAL, UNEMPLOYMENT, FAMILY CONTRIBUTION(s), ETC. PLEASE PROVIDE US WITH PROOF OF THIS INCOME AS WELL- YOUR LENDER REQUIRES THAT YOU SHOW PROOF/DOCUMENTATION FOR ALL INCOME REPORTED (NOTICE: YOUR LENDER WILL NOT REVIEW BANK STATEMENTS AS PROOF OF INCOME)- ALL DOCUMENTATION MUST BE CURRENT INFORMATION (SEPTEMBER AND OCTOBER VERIFIED). IF YOU HAVE ANY QUESTIONS ON WHAT VERIFICATION DOCUMENT TO PROVIDE, PLEASE CONTACT ME BY REPLYING TO THIS EMAIL.

_____ Copy of *complete* MOST RECENT personal checking account statements –SEPTEMBER AND OCTOBER OR NOVEMBER, IF YOU HAVE THIS (all pages even if it's a junk page)

_____ Copy of  2008 *signed* personal tax returns (if extension was filed please provide copy of extension); otherwise, please provide a letter explaining why you were unable to file your tax returns for 2008

_____ 4506-T completed and signed (please see attachment)

_____ Most recent mortgage statement(s) received from your lender(s)- (first mortgage and second mortgage, if any)- IF YOU DO NOT RECEIVE MORTGAGE STATEMENTS PLEASE CONTACT YOUR LENDER AND REQUEST THE FOLLOWING INFORMATION (YOU MAY SEND THIS INFORMATION IN WRITING ALONG WITH ALL THE DOCUMENTS HERETO REQUESTED)
- LENDER NAME
- LOAN NO.
- PRINCIPLE BALANCE
- ORIGINAL LOAN AMOUNT
- CURRENT INTEREST RATE
- CURRENT PAYMENT
- ESCROW BREAK-DOWN
- TERM OF THE LOAN
- TYPE OF LOAN

_____ Copy of your homeowner's insurance declaration page for all properties (ONLY SEND THIS IF YOU DO NOT ESCROW)

_____ Borrower's Authorization (see attachment)

_____ Copy of rental agreement if property is rented

_____ List of properties you own (investment, primary and second home), including rental agreements, if any, and mortgage statements for all properties you own


Please note if you wish to drop off documents without an appointment, please be prepared with copies already made to allow us to be more efficient in working diligently on your case.  *PLEASE SUBMIT ALL DOCUMENTS REQUESTED ABOVE IN A COMPLETE PACKAGE.  INCOMPLETE OR PARTIAL PACKAGES WILL ONLY DELAY THE PROCESS.*




Kaufman, Englett and Lynd, L.L.C.

**Yeniset Torgeman**
**Mitigation Coordinator**
151 Wymore Rd. Suite 2100 Altamonte Springs FL. 32714
Ytorgeman@kelattorneys.com • www.kelattorneys.com
Office: (407)513-1900  Ext. 7126 • E-Fax:(407) 513-1945

# Kaufman, Englett and Lynd, PLLC
## Events Listing Report

Search Description:

| Prof | Matter ID/Client Sort<br>Matter Description | Reminder Date | Event Date | Notes |
|------|---------------------------------------------|---------------|------------|-------|

**Paralegal: Marcia A. Moreno**

|  | 09TN3207 / Gentry, Fred<br>Fred & Linda Gentry and Syed &<br>Nadira Hasnain- 162 Heritage Park<br>Dr. | 12/4/2009 12:34:39 | 12/4/2009 12:34:39 | OUTBOUND CALL- CLIENT<br><br>S.W SYED<br><br>ADVISED CLIENT OF OUR PROCESS AND THAT IT IS IMPERATIVE THAT WE RECEIVE DOCUMENTS BY NO LATER THAN THE DEADLINE OUTLINED ON THE EMAIL- PROVIDED MY CONTACT NUMBER IF THEY DO NOT RECEIVE THE EMAIL |

## Patricia Cadesca

| | |
|---|---|
| **From:** | NADIRA HASNAIN [nhasnain@bellsouth.net] |
| **Sent:** | Friday, December 04, 2009 1:56 PM |
| **To:** | Yeniset Torgeman |
| **Subject:** | Email Confirmation from you |

Dear Yeniset,

RE:   The Learning Connections Inc.
Property Address: 162 Heritage Park Drive, Murfreesboro, TN 37129
Correspondence Address: 1769 Meadowood Drive, Waycross, GA 31503
Mobile Phone:   423-653-4219

Thanks for your telephone call. I got your email. I will be sending you information by Monday, December 7, 2009.

If you have any questions, please feel free to call at 423-653-4219 and/or correspondence address: 1769 Meadowood Drive, Waycross, GA 31503.

Thank you

Syed Hasnain
423-653-4219 (mobile)

**From:** Yeniset Torgeman <ytorgeman@kelattorneys.com>
**To:** NHASNAIN@BELLSOUTH.NET
**Sent:** Fri, December 4, 2009 12:32:52 PM
**Subject:** KEL ATTORNEYS- OUTBOUND EMAIL- CLIENT- INITIAL REQUEST FOR DOCS

DOCUMENTS ARE DUE ON OR BEFORE DECEMBER 15TH, 2009 AT 12:00PM-

THIS MESSAGE IS TIME SENSITIVE

        Thank you for choosing the Law Office of Kaufman, Englett and Lynd, LLC. Our goal is to service your case with the utmost efficiency, professionalism and dedication.  Part of your responsibility as our client is to respond timely when we call on you whether it be the need for information or additional documentation.  Please forward ALL of the below trailing documents in one complete package to ytorgeman@kelattorneys.com or fax to 407-513-1945.

_____ *Signed and dated* Hardship Letter explaining how you got to this position
_____ Two months of most recent paystubs (OCTOBER AND NOVEMBER), IF self-employed please provide Profit and Loss Statement from January 2009 thru current month (attached is a

1

sample Profit and Loss that you may use IF self-employed)- PLEASE SEND ALL VERIFICATION OF INCOME FOR BORROWER AND CO-BORROWER, IF ANY

_____ IF YOU ARE RECEIVING ANY OTHER TYPE OF INCOME SUCH AS SOCIAL SECURITY, PENSION, RENTAL, UNEMPLOYMENT, FAMILY CONTRIBUTION(s), ETC. PLEASE PROVIDE US WITH PROOF OF THIS INCOME AS WELL- YOUR LENDER REQUIRES THAT YOU SHOW PROOF/DOCUMENTATION FOR ALL INCOME REPORTED (NOTICE: YOUR LENDER WILL NOT REVIEW BANK STATEMENTS AS PROOF OF INCOME)- ALL DOCUMENTATION MUST BE CURRENT INFORMATION (SEPTEMBER AND OCTOBER VERIFIED).  IF YOU HAVE ANY QUESTIONS ON WHAT VERIFICATION DOCUMENT TO PROVIDE, PLEASE CONTACT ME BY REPLYING TO THIS EMAIL.

_____ Copy of *complete* MOST RECENT personal checking account statements –SEPTEMBER AND OCTOBER OR NOVEMBER, IF YOU HAVE THIS (all pages even if it's a junk page)

_____ Copy of  2008 *signed* personal tax returns (if extension was filed please provide copy of extension); otherwise, please provide a letter explaining why you were unable to file your tax returns for 2008

_____ 4506-T completed and signed (please see attachment)

_____ Most recent mortgage statement(s) received from your lender(s)- (first mortgage and second mortgage, if any)- IF YOU DO NOT RECEIVE MORTGAGE STATEMENTS PLEASE CONTACT YOUR LENDER AND REQUEST THE FOLLOWING INFORMATION (YOU MAY SEND THIS INFORMATION IN WRITING ALONG WITH ALL THE DOCUMENTS HERETO REQUESTED)

- LENDER NAME
- LOAN NO.
- PRINCIPLE BALANCE
- ORIGINAL LOAN AMOUNT
- CURRENT INTEREST RATE
- CURRENT PAYMENT
- ESCROW BREAK-DOWN
- TERM OF THE LOAN
- TYPE OF LOAN

_____ Copy of your homeowner's insurance declaration page for all properties (ONLY SEND THIS IF YOU DO NOT ESCROW)

_____ Borrower's Authorization (see attachment)

_____ Copy of  rental agreement if property is rented

_____ List of properties you own (investment, primary and second home), including rental agreements, if any, and mortgage statements for all properties you own


Please note if you wish to drop off documents without an appointment, please be prepared with copies already made to allow us to be more efficient in working diligently on your case.  *PLEASE SUBMIT ALL DOCUMENTS REQUESTED ABOVE IN A COMPLETE PACKAGE.  INCOMPLETE OR PARTIAL PACKAGES WILL ONLY DELAY THE PROCESS.*

## Patricia Cadesca

**From:** Yeniset Torgeman
**Sent:** Friday, December 04, 2009 4:34 PM
**To:** Chris Hunt
**Subject:** RE: YT, TT: Gentry, Fred ( 09TN3207) Task

THANK YOU. CLIENT DUE TO SEND DOCUMENTS BY NO LATER THAN NEXT WEEK.

-----Original Message-----
From: Chris Hunt
Sent: Thursday, December 03, 2009 2:19 PM
To: Tiffany Taylor; Yeniset Torgeman
Cc: Chris Hunt
Subject: YT, TT: Gentry, Fred ( 09TN3207) Task

Docket date: 12/3/2009 2:16:00 PM

Task

Atty notes.   CHH

Tennessee foreclosure.   TN is a non-judicial state.

Sale/auction scheduled for Dec 9.

Lender is Fifth Third Bank;
Trustee is foreclosure plaintiff.

Need:

Litigation:

1.  Contact OC and advise of our involvement; request reinstatement total/default cure.

Loss Mit:

1.  Contact client re financials and begin analysis for potential mod.

End. CHH

## Patricia Cadesca

| | |
|---|---|
| **From:** | NADIRA HASNAIN [nhasnain@bellsouth.net] |
| **Sent:** | Tuesday, December 08, 2009 8:32 AM |
| **To:** | Yeniset Torgeman |
| **Subject:** | Re: The Learning Connections Inc |

Dear Ms. Yeniset,

We hope you are doing well. We are glad that we selected your law firm. We are pleased that you are making progress in our case. We will be sending you all requested informaion on Thursday by next day delivery. So you will have request documents on Friday December 11th by noon. Please let us know by email or phone if you need any other information.

Thank you

From

Syed, Nadira, Fred and Linda

**From:** Yeniset Torgeman <ytorgeman@kelattorneys.com>
**To:** NHASNAIN@BELLSOUTH.NET
**Sent:** Fri, December 4, 2009 12:32:52 PM
**Subject:** KEL ATTORNEYS- OUTBOUND EMAIL- CLIENT- INITIAL REQUEST FOR DOCS

DOCUMENTS ARE DUE ON OR BEFORE DECEMBER 15TH, 2009 AT 12:00PM-

THIS MESSAGE IS TIME SENSITIVE

Thank you for choosing the Law Office of Kaufman, Englett and Lynd, LLC. Our goal is to service your case with the utmost efficiency, professionalism and dedication. Part of your responsibility as our client is to respond timely when we call on you whether it be the need for information or additional documentation. Please forward ALL of the below trailing documents in one complete package to ytorgeman@kelattorneys.com or fax to 407-513-1945.

_____ *Signed and dated* Hardship Letter explaining how you got to this position
_____ Two months of most recent paystubs (OCTOBER AND NOVEMBER), IF self-employed please provide Profit and Loss Statement from January 2009 thru current month (attached is a sample Profit and Loss that you may use IF self-employed)- PLEASE SEND ALL VERIFICATION OF INCOME FOR BORROWER AND CO-BORROWER, IF ANY
_____ IF YOU ARE RECEIVING ANY OTHER TYPE OF INCOME SUCH AS SOCIAL SECURITY, PENSION, RENTAL, UNEMPLOYMENT, FAMILY CONTRIBUTION(s), ETC. PLEASE PROVIDE US WITH PROOF OF THIS INCOME AS WELL- YOUR LENDER REQUIRES THAT YOU SHOW PROOF/DOCUMENTATION FOR ALL INCOME REPORTED (NOTICE: YOUR LENDER WILL NOT REVIEW BANK STATEMENTS AS PROOF OF INCOME)- ALL DOCUMENTATION MUST BE CURRENT INFORMATION (SEPTEMBER AND OCTOBER VERIFIED). IF YOU HAVE ANY QUESTIONS ON WHAT VERIFICATION DOCUMENT TO PROVIDE, PLEASE CONTACT ME BY REPLYING TO THIS EMAIL.

_____ Copy of *complete* MOST RECENT personal checking account statements –SEPTEMBER AND OCTOBER OR NOVEMBER, IF YOU HAVE THIS (all pages even if it's a junk page)

_____ Copy of  2008 *signed* personal tax returns (if extension was filed please provide copy of extension); otherwise, please provide a letter explaining why you were unable to file your tax returns for 2008

_____ 4506-T completed and signed (please see attachment)

_____ Most recent mortgage statement(s) received from your lender(s)- (first mortgage and second mortgage, if any)- IF YOU DO NOT RECEIVE MORTGAGE STATEMENTS PLEASE CONTACT YOUR LENDER AND REQUEST THE FOLLOWING INFORMATION (YOU MAY SEND THIS INFORMATION IN WRITING ALONG WITH ALL THE DOCUMENTS HERETO REQUESTED)
- LENDER NAME
- LOAN NO.
- PRINCIPLE BALANCE
- ORIGINAL LOAN AMOUNT
- CURRENT INTEREST RATE
- CURRENT PAYMENT
- ESCROW BREAK-DOWN
- TERM OF THE LOAN
- TYPE OF LOAN

_____ Copy of your homeowner's insurance declaration page for all properties (ONLY SEND THIS IF YOU DO NOT ESCROW)

_____ Borrower's Authorization (see attachment)

_____ Copy of  rental agreement if property is rented

_____ List of properties you own (investment, primary and second home), including rental agreements, if any, and mortgage statements for all properties you own

Please note if you wish to drop off documents without an appointment, please be prepared with copies already made to allow us to be more efficient in working diligently on your case. *PLEASE SUBMIT ALL DOCUMENTS REQUESTED ABOVE IN A COMPLETE PACKAGE. INCOMPLETE OR PARTIAL PACKAGES WILL ONLY DELAY THE PROCESS.*



**Yeniset Torgeman**
**Mitigation Coordinator**
151 Wymore Rd. Suite 2100 Altamonte Springs FL. 32714
Ytorgeman@kelattorneys.com • www.kelattorneys.com
Office: (407)513-1900 Ext. 7126 • E-Fax:(407) 513-1945

## Patricia Cadesca

| | |
|---|---|
| **From:** | Kala Rodgers |
| **Sent:** | Tuesday, December 08, 2009 4:46 PM |
| **To:** | 'NHASNAIN@BELLSOUTH.NET' |
| **Subject:** | FW:  KEL ATTORNEYS- OUTBOUND EMAIL- CLIENT- INITIAL REQUEST FOR DOCS |
| **Attachments:** | Custom BA Team B.doc; 4506-T.pdf; P&L Basic Sample.xls; LM Packet.pdf |

_____ *Signed and dated* Hardship Letter explaining how you got to this position

_____ Two months of most recent paystubs (OCTOBER AND NOVEMBER), IF self-employed please provide Profit and Loss Statement from January 2009 thru current month (attached is a sample Profit and Loss that you may use IF self-employed)- PLEASE SEND ALL VERIFICATION OF INCOME FOR BORROWER AND CO-BORROWER, IF ANY

_____ IF YOU ARE RECEIVING ANY OTHER TYPE OF INCOME SUCH AS SOCIAL SECURITY, PENSION, RENTAL, UNEMPLOYMENT, FAMILY CONTRIBUTION(s), ETC. PLEASE PROVIDE US WITH PROOF OF THIS INCOME AS WELL

_____ Copy of *complete* MOST RECENT personal checking account statements –SEPTEMBER AND OCTOBER OR NOVEMBER, IF YOU HAVE THIS

_____ Copy of  2008 *signed* personal tax returns (if extension was filed please provide copy of extension); otherwise, please provide a letter explaining why you were unable to file your tax returns for 2008

_____ 4506-T completed and signed (please see attachment)

_____ Borrower's Authorization (see attachment)



**Kala Rodgers**
**Mitigation Analyst**
151 Wymore Rd. Suite 3000 Altamonte Springs FL. 32714
krodgers@kelattorneys.com  •  www.kelattorneys.com
Office: (407)513-1900  Ext. 7135  •  E-Fax:(407) 513-1920

1



# K E L ATTORNEYS

Law Office of Kaufman, Englett & Lynd, LLC
151 Wymore Road, Suite 2100
Altamonte Springs, FL 32714
Telephone (407) 513-1900
Facsimile (407) 513-1971

Lender: _____    Loan #: _____

Loss Mitigation Team:   Patrick Clarke - Extension 7114
Lynne Crotty - Extension 7148
Ric Cruz - Extension 7135
Yeniset Torgeman- Extension 7126

File Number(s): _____

## Borrower Signature Authorization

## Part I – General Information

Borrower #1 Name: _____

Borrower #1 Social Security #:_____

Borrower #1 Name:_____

Borrower #1 Social Security #:_____

Borrower Address: _____

_____

Borrower Telephone #: _____

## Part II – Borrower Authorization

I hereby authorize Kaufman, Englett and Lynd, LLC to act as my legal counsel for purposes of loss mitigation. Kaufman, Englett and Lynd, LLC is authorized to negotiate with my lender (s), obtain all information requested including but not limited to payoff requests, payment history, CMA's and any all information that may be relevant to the loss mitigation process. The information Kaufman, Englett and Lynd, LLC obtains is only to be used in the process of loss mitigation.

_____        _____
Signature                              Date

_____        _____
Signature                              Date

Form **4506-T**

(Rev. January 2008)

Department of the Treasury
Internal Revenue Service

## Request for Transcript of Tax Return

► Do not sign this form unless all applicable lines have been completed.
Read the instructions on page 2.

► Request may be rejected if the form is incomplete, illegible, or any required
line was blank at the time of signature.

OMB No. 1545-1872

**Tip:** Use Form 4506-T to order a transcript or other return information free of charge. See the product list below. You can also call 1-800-829-1040 to order a transcript. If you need a copy of your return, use **Form 4506**, Request for Copy of Tax Return. There is a fee to get a copy of your return.

| 1a Name shown on tax return. If a joint return, enter the name shown first. | 1b First social security number on tax return or employer identification number (see instructions) |
|---|---|
| 2a If a joint return, enter spouse's name shown on tax return | 2b Second social security number if joint tax return |

3 Current name, address (including apt., room, or suite no.), city, state, and ZIP code

4 Previous address shown on the last return filed if different from line 3

5 If the transcript or tax information is to be mailed to a third party (such as a mortgage company), enter the third party's name, address, and telephone number. The IRS has no control over what the third party does with the tax information.

---

**Caution:** *DO NOT SIGN this form if a third party requires you to complete Form 4506-T, and lines 6 and 9 are blank.*

6    **Transcript requested.** Enter the tax form number here (1040, 1065, 1120, etc.) and check the appropriate box below. Enter only one tax form number per request. ► _____

a    **Return Transcript,** which includes most of the line items of a tax return as filed with the IRS. Transcripts are only available for the following returns: Form 1040 series, Form 1065, Form 1120, Form 1120A, Form 1120H, Form 1120L, and Form 1120S. Return transcripts are available for the current year and returns processed during the prior 3 processing years. Most requests will be processed within 10 business days . . . . . . . . . . . . . . . . . . . . . . . . . . ☐

b    **Account Transcript,** which contains information on the financial status of the account, such as payments made on the account, penalty assessments, and adjustments made by you or the IRS after the return was filed. Return information is limited to items such as tax liability and estimated tax payments. Account transcripts are available for most returns. Most requests will be processed within 30 calendar days . ☐

c    **Record of Account,** which is a combination of line item information and later adjustments to the account. Available for current year and 3 prior tax years. Most requests will be processed within 30 calendar days . . . . . . . . . . . . . . . . . . ☐

7    **Verification of Nonfiling,** which is proof from the IRS that you did not file a return for the year. Most requests will be processed within 10 business days . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐

8    **Form W-2, Form 1099 series, Form 1098 series, or Form 5498 series transcript.** The IRS can provide a transcript that includes data from these information returns. State or local information is not included with the Form W-2 information. The IRS may be able to provide this transcript information for up to 10 years. Information for the current year is generally not available until the year after it is filed with the IRS. For example, W-2 information for 2006, filed in 2007, will not be available from the IRS until 2008. If you need W-2 information for retirement purposes, you should contact the Social Security Administration at 1-800-772-1213. Most requests will be processed within 45 days . . . . . . . . ☐

**Caution:** *If you need a copy of Form W-2 or Form 1099, you should first contact the payer. To get a copy of the Form W-2 or Form 1099 filed with your return, you must use Form 4506 and request a copy of your return, which includes all attachments.*

9    **Year or period requested.** Enter the ending date of the year or period, using the mm/dd/yyyy format. If you are requesting more than four years or periods, you must attach another Form 4506-T. For requests relating to quarterly tax returns, such as Form 941, you must enter each quarter or tax period separately.

___/___/___       ___/___/___       ___/___/___       ___/___/___

---

**Signature of taxpayer(s).** I declare that I am either the taxpayer whose name is shown on line 1a or 2a, or a person authorized to obtain the tax information requested. If the request applies to a joint return, either husband or wife must sign. If signed by a corporate officer, partner, guardian, tax matters partner, executor, receiver, administrator, trustee, or party other than the taxpayer, I certify that I have the authority to execute Form 4506-T on behalf of the taxpayer.

Telephone number of taxpayer on line 1a or 2a

(    )

| **Sign Here** | ► Signature (see instructions) | Date |
| | ► Title (if line 1a above is a corporation, partnership, estate, or trust) | |
| | ► Spouse's signature | Date |

For Privacy Act and Paperwork Reduction Act Notice, see page 2.     Cat. No. 37667N     Form **4506-T** (Rev. 1-2008)

Form 4506-T (Rev. 1-2008)
Page 2

# General Instructions

**Purpose of form.** Use Form 4506-T to request tax return information. You can also designate a third party to receive the information. See line 5.

**Tip.** Use Form 4506, Request for Copy of Tax Return, to request copies of tax returns.

**Where to file.** Mail or fax Form 4506-T to the address below for the state you lived in, or the state your business was in, when that return was filed. There are two address charts: one for Individual transcripts (Form 1040 series and Form W-2) and one for all other transcripts.

If you are requesting more than one transcript or other product and the chart below shows two different RAIVS teams, send your request to the team based on the address of your most recent return.

**Note.** *You can also call 1-800-829-1040 to request a transcript or get more information.*

## Chart for individual transcripts (Form 1040 series and Form W-2)

| If you filed an individual return and lived in: | Mail or fax to the "Internal Revenue Service" at: |
|---|---|
| District of Columbia, Maine, Maryland, Massachusetts, New Hampshire, New York, Vermont | RAIVS Team Stop 679 Andover, MA 05501 978-247-9255 |
| Alabama, Delaware, Florida, Georgia, North Carolina, Rhode Island, South Carolina, Virginia | RAIVS Team P.O. Box 47-421 Stop 91 Doraville, GA 30362 770-455-2335 |
| Kentucky, Louisiana, Mississippi, Tennessee, Texas, a foreign country, or A.P.O. or F.P.O. address | RAIVS Team Stop 6716 AUSC Austin, TX 73301 512-460-2272 |
| Alaska, Arizona, California, Colorado, Hawaii, Idaho, Iowa, Kansas, Minnesota, Montana, Nebraska, Nevada, New Mexico, North Dakota, Oklahoma, Oregon, South Dakota, Utah, Washington, Wisconsin, Wyoming | RAIVS Team Stop 37106 Fresno, CA 93888 559-456-5876 |
| Arkansas, Connecticut, Illinois, Indiana, Michigan, Missouri, New Jersey, Ohio, Pennsylvania, West Virginia | RAIVS Team Stop 6705-B41 Kansas City, MO 64999 816-292-6102 |

# Chart for all other transcripts

| If you lived in or your business was in: | Mail or fax to the "Internal Revenue Service" at: |
|---|---|
| Alabama, Alaska, Arizona, Arkansas, California, Colorado, Florida, Georgia, Hawaii, Idaho, Iowa, Kansas, Louisiana, Minnesota, Mississippi, Missouri, Montana, Nebraska, Nevada, New Mexico, North Dakota, Oklahoma, Oregon, South Dakota, Tennessee, Texas, Utah, Washington, Wyoming, a foreign country, or A.P.O. or F.P.O. address | RAIVS Team P.O. Box 9941 Mail Stop 6734 Ogden, UT 84409 801-620-6922 |
| Connecticut, Delaware, District of Columbia, Illinois, Indiana, Kentucky, Maine, Maryland, Massachusetts, Michigan, New Hampshire, New Jersey, New York, North Carolina, Ohio, Pennsylvania, Rhode Island, South Carolina, Vermont, Virginia, West Virginia, Wisconsin | RAIVS Team P.O. Box 145500 Stop 2800 F Cincinnati, OH 45250 859-669-3592 |

**Line 1b.** Enter your employer identification number (EIN) if your request relates to a business return. Otherwise, enter the first social security number (SSN) shown on the return. For example, if you are requesting Form 1040 that includes Schedule C (Form 1040), enter your SSN.

**Line 6.** Enter only one tax form number per request.

**Signature and date.** Form 4506-T must be signed and dated by the taxpayer listed on line 1a or 2a. If you completed line 5 requesting the information be sent to a third party, the IRS must receive Form 4506-T within 60 days of the date signed by the taxpayer or it will be rejected.

*Individuals.* Transcripts of jointly filed tax returns may be furnished to either spouse. Only one signature is required. Sign Form 4506-T exactly as your name appeared on the original return. If you changed your name, also sign your current name.

*Corporations.* Generally, Form 4506-T can be signed by: (1) an officer having legal authority to bind the corporation, (2) any person designated by the board of directors or other governing body, or (3) any officer or employee on written request by any principal officer and attested to by the secretary or other officer.

*Partnerships.* Generally, Form 4506-T can be signed by any person who was a member of the partnership during any part of the tax period requested on line 9.

*All others.* See Internal Revenue Code section 6103(e) if the taxpayer has died, is insolvent, is a dissolved corporation, or if a trustee, guardian, executor, receiver, or administrator is acting for the taxpayer.

**Documentation.** For entities other than individuals, you must attach the authorization document. For example, this could be the letter from the principal officer authorizing an employee of the corporation or the Letters Testamentary authorizing an individual to act for an estate.

---

**Privacy Act and Paperwork Reduction Act Notice.** We ask for the information on this form to establish your right to gain access to the requested tax information under the Internal Revenue Code. We need this information to properly identify the tax information and respond to your request. Sections 6103 and 6109 require you to provide this information, including your SSN or EIN. If you do not provide this information, we may not be able to process your request. Providing false or fraudulent information may subject you to penalties.

Routine uses of this information include giving it to the Department of Justice for civil and criminal litigation, and cities, states, and the District of Columbia for use in administering their tax laws. We may also disclose this information to other countries under a tax treaty, to federal and state agencies to enforce federal nontax criminal laws, or to federal law enforcement and intelligence agencies to combat terrorism.

You are not required to provide the information requested on a form that is subject to the Paperwork Reduction Act unless the form displays a valid OMB control number. Books or records relating to a form or its instructions must be retained as long as their contents may become material in the administration of any Internal Revenue law. Generally, tax returns and return information are confidential, as required by section 6103.

The time needed to complete and file Form 4506-T will vary depending on individual circumstances. The estimated average time is: **Learning about the law or the form,** 10 min.; **Preparing the form,** 12 min.; and **Copying, assembling, and sending the form to the IRS,** 20 min.

If you have comments concerning the accuracy of these time estimates or suggestions for making Form 4506-T simpler, we would be happy to hear from you. You can write to the Internal Revenue Service, Tax Products Coordinating Committee, SE:W:CAR:MP:T:T:SP, 1111 Constitution Ave. NW, IR-6526, Washington, DC 20224. Do not send the form to this address. Instead, see *Where to file* on this page.

# Profit and Loss Statement

## Company or Proprietor Name

### JANUARY - NOVEMBER 2009

| | | |
|---|---|---|
| Total Income: | $ | |
| Itemized Expenses: | | |
| | | |
| Materials | $ | |
| Gasoline | $ | |
| Accounting | $ | |
| Shipping | $ | |
| Insurance | $ | |
| Office Supplies | $ | |
| Rent Paid | $ | |
| Telephone | $ | |
| Repairs | $ | |
| Maintenance | $ | |
| Other | $ | |
| Other | $ | |
| | | |
| Total Expenses | $ | |
| | | |
| Net Income | $ | |

X_____
SIGNATURE OF PREPARER
DATE: _____



### Law Office of
## Kaufman, Englett & Lynd, LLC
151 Wymore Road, Suite 2100, Altamonte Springs, FL 32714
Telephone (407) 513-1901, Facsimile (407) 513-1971

<u>Borrower (s) Information</u>

Borrower:                                  Co-Borrower

Phone:                                     Phone:

E-Mail:                                    E-Mail:

Subject Property Address:

Is this your Primary Home: _____ Second Home: _____ Invest: _____

Purchase Date:                             Purchase Price: $

Approximate current value of home: $

<u>Lender/ Loan Information</u>

Lender Name:                               Loan Number:

Original Loan Amount: $_____ Loan Balance: $_____

Mortgage Payment:$_____Interest Rate:_____% 		Fixed or Adjustable

Does mortgage payment include property taxes and property insurance? _____

If no, what are your monthly property taxes? _____ Insurance? _____

Is loan current? _____ If not, when was your last payment? _____