

**STATE OF TENNESSEE**
**Tre Hargett, Secretary of State**
Division of Business Services
William R. Snodgrass Tower
312 Rosa L. Parks AVE, 6th FL
Nashville, TN 37243-1102

# Filing Information

**Name:** THE LEARNING CONNECTIONS, INC.

## General Information

| | | | |
|---|---|---|---|
| Control # : | 536491 | Formation Locale: | Rutherford County |
| Filing Type: | Corporation For-Profit - Domestic | Date Formed: | 12/19/2006 |
| Filing Date: | 12/19/2006 2:24 PM | Fiscal Year Close | 12 |
| Status: | Inactive - Dissolved (Administrative) | | |
| Duration Term: | Perpetual | | |
| Public/Mutual Benefit: | Mutual | | |

**Registered Agent Address**
FRED GENTRY
162 HERITAGE PARK DR
MURFREESBORO, TN 37129

**Principal Address**
162 HERITAGE PARK DR
MURFREESBORO, TN 37129

The following document(s) was/were filed in this office on the date(s) indicated below:

| Date Filed | Filing Description | Image # |
|---|---|---|
| 08/17/2009 | Dissolution/Revocation - Administrative | ROLL 6580 |
| 06/03/2009 | Notice of Determination | ROLL 6550 |
| 11/18/2008 | Administrative Amendment | 6399-2981 |
| 11/10/2008 | 2007 Annual Report | 6399-1204 |
| 11/10/2008 | Reinstatement | 6399-1205 |
| 08/22/2008 | Dissolution/Revocation - Administrative | ROLL 6366 |
| 06/17/2008 | Notice of Determination | ROLL 6325 |
| 12/19/2006 | Initial Filing | 5903-0231 |

**Active Assumed Names (if any)**     Date     Expires