# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

LEARNING CONNECTIONS, INC.,
a foreign corporation and SYED
HASNAIN, an individual,

                Plaintiffs,

-vs-                                            Case No.  6:11-cv-368-Orl-19GJK

KAUFMAN, ENGLETT & LYND, PLLC f/k/a
KAUFMAN, ENGLETT & LYND, LLC, and
JEFFREY S. KAUFMAN, ESQUIRE.

                Defendants.

## JUDGMENT IN A CIVIL CASE

Pursuant to the verdict rendered by the jury, it is Ordered and Adjudged:

1. That as to Count One the Plaintiffs, THE LEARNING CONNECTIONS, INC., a foreign corporation, and SYED HASNAIN, and individual, shall recover nothing from Defendants, and judgment is hereby entered entered in favor of the Defendants, KAUFMAN, ENGLETT & LYND, PLLC, f/k/a, KAUFMAN, ENGLETT & LYND LLC and JEFFREY S. KAUFMAN, ESQUIRE, and against the Plaintiffs on this Count;

2. That as to Count Two the Plaintiffs, THE LEARNING CONNECTIONS, INC., a foreign corporation, and SYED HASNAIN, an individual, shall recover from the Defendant, JEFFREY S. KAUFMAN, ESQUIRE, the sum of Fourteen Thousand Dollars ($14,000.00), and judgment is hereby entered in favor of Plaintiffs and against such Defendant in this amount, with interest thereon at the legal rate as provided by law.

Date:   March 7, 2012

                                          SHERYL L. LOESCH, CLERK

                                          <u>s/S. Cohen, Deputy Clerk</u>

-2-

Case 6:11-cv-00368-PCF-GJK   Document 100   Filed 03/08/12   Page 2 of 2 PageID 1018