UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

THE LEARNING CONNECTIONS, INC.,
A foreign corporation and SYED HASNAIN,
an individual,

   Plaintiffs,

Case No. 6:11-CV-368-ORL-19-GJK

v.

KAUFMAN, ENGLETT & LYND, PLLC
f/k/a KAUFMAN, ENGLETT & LYND, LLC,
and JEFFREY S. KAUFMAN, ESQUIRE,

   Defendants.
_____/

### DEFENDANT'S MOTION TO SET ASIDE SATISFACTION OF JUDGMENT AND ENFORCE CONDITIONS OF SETTLEMENT WITH EMBEDDED MEMORANDUM OF LAW

Defendant Jeffrey S. Kaufman, Esquire, moves for entry of an order which:

A. Sets aside and vacates the Satisfaction of Judgment entered by the Clerk of this Court on March 19, 2012;

B. Vacates the Final Judgment in a Civil Case entered by the Deputy Clerk of this Court on March 7, 2012;

C. Dismisses the action as to the defendant Kaufman with prejudice.

The grounds for this motion are as follows:

1. On March 1, 2012 a jury verdict against the plaintiffs on Count I of its civil complaint against defendant Kaufman, Englett & Lynd PLLC was rendered. The jury rendered a verdict against the defendant Kaufman in the amount of Fourteen Thousand Dollars ($14,000.00) on Count II of the civil complaint.

2. On March 7, 2012, the Deputy Clerk of this Court entered a Judgment in a Civil Case against the defendant Kaufman.

3. On March 14, 2012, the defendant Kaufman, through the undersigned counsel, tendered payment of the jury award to plaintiffs, through Plaintiffs' counsel, by means of payment in escrow into that counsel's trust account, subject to the terms and conditions for release of the funds set forth in an escrow letter which accompanied the payment. A true copy of the escrow letter is attached hereto as defendant's Exhibit "A."

4. Plaintiff's counsel has, without authorization, caused the funds to be disbursed from his trust account without satisfying the escrow conditions under which payment was tendered and deposited into that account.

5. Defendant Kaufman is entitled to have the conditions of the escrow deposit satisfied, or to have them disclaimed and to have the funds returned.

6. Defendant requests that the Court rule on this motion promptly and that if it cannot be ruled upon promptly, that the Court should enter an order vacating, even if temporarily, the referenced satisfaction of judgment and judgment in a civil case pending resolution of this motion..

7. Defendant recognizes and acknowledges that this is an odd motion, but states that it is permitted by Rules 15 (d), Rule 59 (d) and (e), and Rule 60 (a) ("other part of the record"), (b)(3) ("misrepresentation by an opposing party"), (b)(5) ("the judgment has been satisfied, released or *discharged*") and (b) (6) ("any other reason that justifies relief").

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 28, 2012, the foregoing Motion was electronically filed with the Clerk of Court by using the CM/ECF electronic filing system which will automatically send a copy to all counsel of record in this case registered on the CM/ECF system, including Geoffrey D. Ittleman, Esquire, 440 North Andrews Avenue, Fort Lauderdale, FL 33301.

/s/ Richard W. Withers
Florida Bar No. 149809
Kaufman, Englett & Lynd, PLLC
111 North Magnolia, Suite 1600
Orlando, FL 32801
Telephone No.: (407) 513-1900
Facsimile No.: (321) 460-1675
Attorney for Defendants



KAUFMAN  ENGLETT  & LYND
You Have Questions. We Have Answers.

March 14, 2012

Geoffrey D. Ittleman, Esq.
The Law Offices of Geoffrey D. Ittleman, P.A.
440 North Andrews Avenue
Ft. Lauderdale, Florida 33301

Re:   Hasnain/The Learning Connection
      v. KEL/Jeffrey Kaufman
Case #:   6:11-CV-368-ORL-19GJK

Dear Geoff:

    Enclosed as promised is the firm's trust account check, payable to yours, in the amount of $14,000.00.

    This check is delivered to you in escrow pending your execution and release of the attached joint motion to set aside the final judgment and dismiss the action. Please do not release the funds from escrow until such time as the executed motion is returned to me for filing.

    With our regards,

Yours truly,
Kaufman, Englett & Lynd, PLLC

By: /s/ Richard W. Withers
Richard W. Withers

Defendant's Exhibit "A"

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 6:11-CV-368-ORL-19GJK

THE LEARNING CONNECTIONS, INC., A
FOREIGN CORPORATION AND SYED
HASNAIN, AN INDIVIDUAL,

   Plaintiff,

v.

KAUFMAN, ENGLETT & LYND, PLLC F/K/A
KAUFMAN, ENGLETT & LYND, LLC, et al.,

   Defendant(s).

---

## JOINT MOTION TO SET ASIDE FINAL JUDGMENT

The parties, through the undersigned counsel, hereby jointly move for entry of an Order Setting Aside Judgment In A Civil Case relative to the judgment entered in this action on March 7, 2012, showing as the grounds therefor that the jury award has been fully settled and that upon setting aside the judgment, that this action should be dismissed with prejudice.

| | |
|---|---|
| _____ | /s/ Richard W. Withers _____ |
| Geoffrey D. Ittleman, Esq. | Richard Withers, Esq. |
| Fla. Bar No. 377790 | Florida Bar No. 149809 |
| The Law Offices of Geoffrey D. Ittleman, P.A. | Kaufman, Englett & Lynd, PLLC |
| 440 North Andrews Avenue | 111 North Magnolia, Suite 1600 |
| Ft. Lauderdale, FL 33301 | Orlando, FL 32801 |
| Telephone No. 954-462-8340 | Telephone No.: (407) 513-1900 |
| Facsimile: 954-462-8342 | Facsimile No.: (407) 513-1972 |
| Email: Geoffrey@ittlemanlaw.com | Email: Rwithers@kelattorneys.com |

KEL File #11KEL17374

**KAUFMAN, ENGLETT & LYND PLLC**    11786

The Trust Account of The Law Offices of

Check Number: 11786
Check Date: Mar 13, 2012

Check Amount: $14,000.00
Discount Taken

Item to be Paid - Description    Amount Paid

LEARNING CONNECTIONS VS KEL    14,000.00

---

**KAUFMAN, ENGLETT & LYND PLLC**    11786
OPERATING ACCOUNT
111 N MAGNOLIA AVE STE 1500
ORLANDO, FL 32801

Check Number: 11786    FIFTH THIRD BANK    63-993-631

DATE   Mar 13, 2012
AMOUNT   $ 14,000.00

Memo: LEARNING CONNECTIONS VS KEL

PAY  Fourteen Thousand and 00/100 Dollars
TO THE
ORDER   The Trust Account of The Law Offices of
OF:   Geoffrey D. Ittleman, P.A.
   440 North Andrews Avenue
   FT LAUDERDALE, FL 33301

AUTHORIZED SIGNATURE

⑈011786⑈ ⑆063109935⑆ 744150342 7⑈